### 11284. BELL *v.* THE STATE.

BLOODWORTH, J. The evidence for the State shows an unprovoked attack with a deadly weapon upon the person assaulted. Even under the statement of the defendant a verdict of guilty was demanded. There is nothing in any of the special grounds of the motion for new trial which would demand that a verdict so clearly correct should be set aside.

*Judgment affirmed. Broyles, C. J., and Luke J., concur.*

DECIDED APRIL 14, 1920.

Conviction of shooting at another; from Terrell superior court — Judge Worrill. January 10, 1920.

*M. C. Edwards,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.